UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARILIUS MEDIA, BV, et al.,

    Plaintiffs,

v.

                                    Case No. 1:24-cv-825

                                    Hon. Hala Y. Jarbou

THE BOARD OF REGENTS OF
MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

## ORDER

      Defendant Board of Regents of Michigan State University filed its Rule 12(b)(1) and Rule(12)(b)(6) Motion to Dismiss on October 1, 2024 (ECF No. 9). On October 22, 2024, Plaintiffs filed their First Amended Complaint, adding claims against Defendant Alan Haller (ECF No. 12). Defendants filed their Rule 12(b)(1) and Rule(12)(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint on November 22, 2024 (ECF No. 19).

      Accordingly,

      **IT IS ORDERED** that Defendant Board of Regents of Michigan State University's Rule 12(b)(1) and Rule(12)(b)(6) Motion to Dismiss (ECF No. 9) is **DENIED as moot**.

Dated: November 27, 2024                /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE