# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

CARSILIUS MEDIA, BV, a foreign corporation, and FLORIS VAN PALLANDT, an individual,

        Plaintiffs,

v.

THE BOARD OF REGENTS OF MICHIGAN STATE UNIVERSITY, and
ALAN HALLER, in his official capacity as Vice President and Director of Intercollegiate Athletics at Michigan State University, and in his personal capacity,

        Defendant.

Case No. 24-cv-825

Hon. Hala Y. Jarbou

## STIPULATED ORDER EXTENDING DEADLINE TO MOTION TO DISMISS

UPON STIPULATION OF THE PARTIES, and the court being otherwise fully advised in the premises, due to the press of other matters requiring lead counsel's attention, including completing a reply brief to the Sixth Circuit, a hearing in the Michigan Court of Appeals, and other pressing matters, Plaintiffs shall be given an extension of time to December 30, 2024 to file their response to Defendants' Motion to Dismiss. Plaintiffs do not expect to request any further extension of time. The deadline for Defendants' reply to Plaintiffs' response is extended to January 16, 2025.

This stipulation does not constitute a waiver of any claim, right, objection, or defense on behalf of any and all defendants.

IT IS ORDERED.

Date: December 23, 2024

/s/ HALA Y. JARBOU
Hala Y. Jarbou
Chief United States District Judge

Stipulated and agreed to by:

Dated: December 22, 2024         Respectfully Submitted,

PEAR SPERLING EGGAN & DANIELS, P.C.

BY:   /s/ *Jeremy C. Kennedy*
        Jeremy C. Kennedy (P64821)
Attorneys for Plaintiff
24 Frank Lloyd Wright Drive, Ste D-2000
Ann Arbor, MI  48105
(734) 665-4441 / jkennedy@psedlaw.com

MICHIGAN STATE UNIVERSITY OFFICE OF THE GENERAL COUNSEL

BY:  /s/ *Matthew R. Daniels w/permission*
Zachary W. Behler (P70026)
Matthew Daniels (P75601)
MSU Office of General Counsel
Attorney for Defendant
426 Auditorium Road, Room 494
East Lansing, MI 48823
(248) 535-7510
behlerza@msu.edu
danie188@msu.edu

2