UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARILIUS MEDIA, BV, et al.,

        Plaintiffs,                  Case No. 1:24–cv–00825–HYJ–RSK

v.                                    Hon. Hala Y. Jarbou

THE BOARD OF REGENTS OF
MICHIGAN STATE UNIVERSITY, et al.,

        Defendants.
_____/

**ORDER**

      The Court having reviewed the parties' Joint Motion to Amend the Court's November 4, 2024 Case Management Order (ECF No. 24), **IT IS ORDERED** that the parties' joint motion (ECF No. 24) is **DENIED**.

      IT IS SO ORDERED.

Dated:  December 30, 2024                    /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  Chief United States District Judge