# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:24-cv-00825 | Carilius Media, BV, et. al. v. The Board of Regents of Michigan State University, et. al. | 03/11/2025 |

**PARTIES**     Attendees

| Name | On Behalf Of |
|---|---|
| Floris Van Pallandt | Plaintiff |
| Jennifer Smith | Defendant |
| Jon Dykema | Defendant |
| Zach Behler | Defendant |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Jeremy Kennedy | Plaintiff |
| Matthew Daniels | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

Result:
[✓] Case settled in full - Final paperwork will be filed: <u>within 30 days</u>
[ ] Mediation continuing - Date of Next Session _____
[ ] Not settled - Mediation Completed

Dated: March 12, 2025                By: /s/ Lee T. Silver
                                          Lee T. Silver
                                          Mediator