UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARILIUS MEDIA, BV, et al.,

      Plaintiffs,                        Case No. 1:24−cv−00825−HYJ−RSK

v.                                     Hon. Hala Y. Jarbou

THE BOARD OF REGENTS OF
MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.
_____/

## ORDER

      The Court having been advised of the parties' agreement to settle this matter, by way of a report of facilitative mediation (ECF No. 34), filed by the parties on March 12, 2025, **IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **April 11, 2025**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

      IT IS SO ORDERED.

Dated:  March 15, 2025                                              /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                Chief United States District Judge