## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

CARILIUS MEDIA, BV, a foreign corporation,
and FLORIS VAN PALLANDT, an individual

       Plaintiffs,

v.

THE BOARD OF REGENTS OF MICHIGAN
STATE UNIVERSITY,

and

ALAN HALLER, in his capacity as Vice
President and Director of Intercollegiate
Athletics at Michigan State University, and
in his personal capacity,

       Defendants.

Case No. 1:24-cv-00825-HYJ-RSK

Hon. Hala Y. Jarbou

---

| | |
|---|---|
| Jeremy C. Kennedy (P64821) | Zachary W. Behler (P70026) |
| Pear Sperling, Eggan & Daniels, P.C. | Matthew Daniels (P75601) |
| Attorneys for Plaintiffs | MSU Office of General Counsel |
| 24 Frank Lloyd Wright Dr., Suite D-2000 | Attorney for Defendants |
| Ann Arbor, MI 48105 | 426 Auditorium Road, Room 494 |
| (734) 665-4441 | East Lansing, MI 48823 |
| jkennedy@psedlaw.com | (248) 535-7510 |
| | behlerza@msu.edu |
| | daniel88@msu.edu |

---

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HERBY STIPULATED AND AGREED** between Plaintiffs Carsilius Media BV and Floris Van Pallandt and Defendants the Board of Trustees of Michigan State University and Alan Haller in his individual and official capacities, through their undersigned counsel, that this

civil action, including any and all claims alleged by Plaintiffs, or which could have been alleged by Plaintiffs, shall be dismissed with prejudice. Each party to bear its own costs and fees as agreed.

The Court having been advised that the Parties have agreed to entry of this Order dismissing this civil action with prejudice, and the Court being otherwise advised in the premises;

**IT IS SO ORDERED.**

This is a final order and resolves all pending claims against all Defendants with prejudice and closes the case.

Date: April ___, 2025

_____
HON. Hala Y. Jarbou
United States District Court Judge

**STIPULATED BY:**

_____
Jeremy Kennedy (P64821)
Attorney for Plaintiffs
Pear Sperling Eggan and Daniels, P.C.
24 Frank Lloyd Wright Dr., Suite D-2000
Ann Arbor, MI 48105
(734) 665-4441

_____
Matthew Daniels (P75601)
Attorney for Defendants
Michigan State University
Hannah Administration Building
426 Auditorium Road, Room 494
East Lansing, MI 48824
(517) 353-4959